**Order entered January 25, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00740-CV

## IMC CAPITAL, LLC F/K/A IMCA CAPITAL, LLC, Appellant

## V.

## ASCENTIUM CAPITAL, LLC, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16177**

## ORDER

Before the Court is appellee's January 21, 2021 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **February 22, 2021**. We caution appellee that further extension requests will be disfavored.

/s/     CRAIG SMITH
          JUSTICE